■ In the Matter of Lynwood Wright, Petitioner, v Brian Fischer, Commissioner, New York State Department of Correctional Services, Respondent. [939 NYS2d 912]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Mark H. Dadd, A.J.], entered August 31, 2011) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated an inmate rule.

It is hereby ordered that said proceeding is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present—Scudder, P.J., Smith, Fahey, Carni and Sconiers, JJ.